**PLEASE FILE IN RECORD**

# GIEGER, LABORDE & LAPEROUSE

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI
TARA E. CLEMENT
KELLEY W. STRAIN
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD



SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA

October 29, 2007

Writer's E-Mail Address: MSUNKEL@glllaw.com
Writer's Direct Line: 504.654.1317

Judge Ivan L.R. Lemelle
500 Poydras Street
Room C525
New Orleans, LA 70130

Magistrate Judge Karen Wells Roby
500 Poydras Street
Room B437
New Orleans, LA 70130

Re: Ellen Sens v. Lexington Insurance Company
Eastern District Court of Louisiana
Civil Action No. 06-8809, Sec. "B", Mag. 4
Our File No.: 0093-42-6

Dear Judge Lemelle and Judge Roby:

By this correspondence I am informing the Court that the parties to the above-referenced matter have reached a settlement agreement. Accordingly, I respectfully request that the matter be removed from your dockets. This settlement also renders moot the pending Motion to Fix Attorneys' Fees [Doc. 17 and Doc. 22].

Respectfully,

Margaret L. Sunkel

MLS/nao
cc: Kevin R. Krause, Esq.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____